```
                UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
                       TAMPA DIVISION

MARCIA MANON CZAPANSKIY,

        Plaintiff,
                                  Case No. 8:12-cv-344-T-33TBM
v.

MICHAEL J. ASTRUE, Commissioner
of Social Security,

        Defendant.
_____/
```

**ORDER**

This matter is before the Court on consideration of United States Magistrate Judge Thomas B. McCoun's Report and Recommendation (Doc. # 10), filed on January 22, 2013, recommending that the decision of the Commissioner denying benefits be affirmed. Plaintiff filed objections to the Report and Recommendation (Doc. # 11) on February 4, 2013.

After careful consideration and being fully advised in the premises, the Court adopts the Report and Recommendation of the Magistrate Judge and overrules the filed objections.

**Discussion**

A district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); <u>Williams v. Wainwright</u>, 681 F.2d 732, 732 (11th

Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

Upon due consideration of the entire record, including the Report and Recommendation and Plaintiff's objections thereto, the Court overrules the objections, adopts the Report and Recommendation, and affirms the Commissioner's decision. The Court agrees with Judge McCoun's detailed and well-reasoned findings of fact and conclusions of law, including his conclusion that "the decision of the Commissioner of the United States Social Security Administration is in accordance with the correct legal standards and is otherwise supported by substantial evidence." (Doc. # 10 at 19). The Report and Recommendation thoughtfully addresses the issues presented, and the objections do not provide a basis for rejecting the

Report and Recommendation.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) United States Magistrate Judge Thomas B. McCoun's Report and Recommendation (Doc. # 10) is **ACCEPTED** and **ADOPTED.**

(2) The decision of the Commissioner of Social Security denying benefits is **AFFIRMED.**

(3) The Clerk is directed to enter judgment in favor of the Commissioner reflecting that the Commissioner's decision denying benefits is affirmed and, thereafter, close this case.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 27th day of February, 2013.

/s/ Virginia M. Hernandez Covington
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:

All Counsel of Record